UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

JIYAO JIANG,
          Defendant.

------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV - 1 2016 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
15-CR-628 (S-2) (CBA)

**AMON, United States District Judge:**

By letter dated October 28, 2016, the defendant Jiyao Jiang requested that the government provide certain information in the nature of Brady material. See Brady v. Maryland, 373 U.S. 83 (1963). The government is hereby directed to provide the defendant with the criminal history printouts of its witnesses; to disclose whether its witnesses lied on their applications to adjust their immigration status; and to make appropriate disclosures whether any of its witnesses have not filed tax returns or have filed false returns.

SO ORDERED.

Dated: November 1, 2016
Brooklyn, New York

s/Carol Bagley Amon

Carol Bagley Amon
United States District Judge