CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: AMON, J.  
DOCKET #: CR15-00628  
DATE: 11/10/16  
TIME: 9:40- 4:15

DEFENDANT: Jiyao Jiang- b  
ATTORNEY: Richard Levitt, Esq.

ASSISTANT U.S. ATTORNEY(S): **Ameet Kabrawala & Nadia Moore**

COURT REPORTER: Sophie Nolan

INTERPRETER: Daniel Yang & Mary Wang    DEPUTY CLERK: **V. Holley**

☑ Case Called.

____ Jury Selection held.    ____ Jury Selection adjourned to

____ Voir Dire begins.    ____ Jurors sworn and Jury Trial begins

____ Government opens    ____ Defendant opens

____ Jury Trial held.    ☑ Jury Trial resumes

- Summations held.
- Jury Charged.
- Deliberations begun (12:30-3:50)

____ Jury trial ends.

☑ Guilty Verdict on Count **6**

____ Not Guilty Verdict on Count

____ Referred to Probation Department for PSI Report

____ Presentence Investigation waived.

____ Defendant(s) continued on bail.

- O/A held re govt's application for remand. Court finds defense counsel has not met standard of proof that dft will not flee. Dft ordered remanded.
- Sentencing schedule set as follows: PSI disclosure 2/16/17, dft's submission 3/12/17; govt's response 3/9/17; sentencing 3/21/17 at 10:00.  USPD notified.

2016 NOV 17 AM 9:44 FILED CLERK